In the Matter of the Probate of the Will of MARGARET A. McCULLOCH, Deceased.

ROBERT S. DORNON, Appellant; FLORENCE E. BOONE et al., Respondents.

(Submitted April 16, 1934; decided April 24, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 408.)

In the Matter of the Claim of LENA PETRUS, Appellant, against H. C. HEMINGWAY & COMPANY et al., Respondents.

(Submitted April 16, 1934; decided April 24, 1934.)

*Clarence B. Tippett* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.